**\*\*E-filed 6/3/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VANCE S. ELLIOT, | No. C 11-80013RS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| WALDEN HOUSE, | |
| Defendant. | |

On January 27, 2011, plaintiff's application for leave to proceed *in forma pauperis* was denied and he was advised that if he did not pay the filing fee within thirty (30) days, the action would be dismissed without prejudice. Plaintiff thereafter filed a notice of appeal as to that order, but the appeal was dismissed by the Ninth Circuit, and the mandate has issued. Plaintiff has at no time paid the filing fee. Accordingly, this action is dismissed, without prejudice.

Dated: 6/3/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Vance S. Elliott
640 Eddy Street, #218
San Francisco, CA 94109


DATED: 6/3/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg